# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DESHON LADON MARTIN**  **PLAINTIFF**
**#256634**

V.  CASE NO. **4:23-cv-00048 JM**

**BRUCE MOISER, K-9 Unit,**
**NLRPD Criminal/District,** *et al.*  **DEFENDANTS**

## ORDER

Deshon Ladon Martin's Complaint (Doc. 2) is dismissed without prejudice because he failed to comply with the Court's September 23rd and October 15th Orders to provide the name of the Doe Defendant and to provide valid service addresses. (Doc. 12 & 16); LOCAL RULE 5.5(c)(2).

IT IS SO ORDERED this 25th day of November, 2024.

_____
UNITED STATES DISTRICT JUDGE