# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DESHON LADON MARTIN**　　　　　　　　　　　　　　　　**PLAINTIFF**
**#256634**

V.　　　　　　　CASE NO. 4:23-cv-00048 JM

**BRUCE MOISER, K-9 Unit,**
**NLRPD Criminal/District,** *et al.*　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 25th day of November 2024.

_____
UNITED STATES DISTRICT JUDGE